424 A.2d 506

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Betty WHITE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 14, 1980.

Decided Jan. 30, 1981.

Mark E. Kogan, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Alan J. Sacks, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM.

The Judgment of Sentence is Affirmed.